UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

FRAIDIE RINGEL AND CHANA RUBASHKIN
on behalf of themselves and
all other similarly situated consumers

                      Plaintiffs,

     -against-

                                                     12 CV 3666 (ENV) (VMS)

KORSINSKY & KLEIN, LLP
AND MICHAEL KORSINSKY

                      Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL
## OF CHANA RUBASHKIN'S CLAIMS ONLY

      IT IS HEREBY STIPULATED, by the undersigned counsel on behalf of his clients that pursuant to Rule 41(a)(1), the claims only of plaintiff Chana Rubashkin are, dismissed without prejudice and without costs to either party.

*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

_____
U.S.D.J.