UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FRAIDIE RINGEL AND CHANA RUBASHKIN
on behalf of themselves and
all other similarly situated consumers

              Plaintiffs,

      -against-

                                    12 CV 3666 (ENV) (VMS)

KORSINSKY & KLEIN, LLP
AND MICHAEL KORSINSKY

              Defendants.

---

### NOTICE OF VOLUNTARY DISMISSAL
### OF CHANA RUBASHKIN'S CLAIMS ONLY

IT IS HEREBY STIPULATED, by the undersigned counsel on behalf of his clients that pursuant to Rule 41(a)(1), the claims only of plaintiff Chana Rubashkin are, dismissed without prejudice and without costs to either party.

*Adam J. Fishbein*

---

Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:
s/ ENV

NOV 6 2012

---

U.S.D.J.