UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRAIDIE RINGEL and CHANA RUBASHKIN      12-CV-3666(ENV)(VMS)
on behalf of themselves and all other similarly
situated consumers,

                         Plaintiffs,

-against-                                          **STIPULATION OF**
                                                               **DISMISSAL WITH**
KORSINSKY & KLEIN, LLP and                      **PREJUDICE**
MICHAEL KORSINSKY,

                         Defendants.
-------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties, that whereas no party is an infant, an incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action is dismissed, with prejudice, without payments from any party to any other party, and without costs to any party.

Dated: Westchester, New York
        February 5, 2013                                         February    , 2013

McDonough Law, LLP                             Adam J. Fishbein, P.C.

By: _____             By: _____
     Diane K. Kanca                                     Adam J. Fishbein
*Attorneys for the Defendants*                   *Attorneys for the Plaintiffs*
145 Huguenot Street, Suite 320               483 Chestnut Street
New Rochelle, New York 10801               Cedarhurst, NY, 11516
Telephone No.: (914) 632-4700               Telephone No.: (516) 791-4400

The Clerk is directed to close this case.

**SO ORDERED:**

     s/ ENV                                          **FEB 6 2013**
_____
     U.S.D.J.